

# NUMBER 13-17-00616-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE DEBRA V. BENGE

### On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Order Per Curiam

Relator Debra V. Benge filed a petition for writ of mandamus seeking to set aside (1) a July 5, 2017 order granting the plea to the jurisdiction filed by Harold Joe Adams and Harold Joe Adams, Jr. LLC, and (2) a July 11, 2017 order granting the plea to the jurisdiction filed by Thomas Ranches Oil and Gas Joint Venture d/b/a O&G Rocks.  This Court received responses to the petition for writ of mandamus from:  (1) Harold Joe Adams and Harold Joe Adams Inc.; (2) Margaret A. Thomas, individually, as independent executor of the estate of Anne Friar Thomas, and as trustee of the Thomas Family 2012

Trust; and (3) Thomas Ranches Oil & Gas Joint Venture d/b/a O&G Rocks. Relator has further filed a reply in support of her petition for writ of mandamus.

Currently before the Court is relator's motion for emergency stay pending resolution of this original proceeding, or alternatively, expedited consideration of the petition. The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is GRANTED and the trial court proceedings are ordered STAYED in their entirety pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of January, 2018.